IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILL BRADSHAW, | § | |
| | § | |
| *Plaintiff,* | § | SA-20-CV-01168-FB |
| | § | |
| vs. | § | |
| | § | |
| JOSEPH SALVAGGIO, KELLY | § | |
| KUENSTLER, CATHERINE | § | |
| RODRIGUEZ, DONNA CHARLES, | § | |
| MONICA ALCOCER, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER RESETTING INITIAL PRETRIAL CONFERENCE

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned on October 5, 2020 for all pretrial proceedings [#10] and is set for an initial pretrial conference at 10:00 a.m. on December 17, 2020.  Due to a scheduling conflict, the Court will reset the conference to 1:30 p.m. that same day.

**IT IS THEREFORE ORDERED** that the **Initial Pretrial Conference** in this case is **RESET** to **1:30 p.m.** on **December 17, 2020**.

Due to social distancing and other measures required to conduct safe in-person proceedings during the COVID-19 pandemic, the Court is prioritizing setting live proceedings in felony jury trials and other matters where telephonic or video hearings present particular legal and logistical obstacles.  Thus, other proceedings are primarily being conducted remotely and for the conference, counsel for all parties are **required to appear by phone**.

The contact information for the conference is as follows:

\*\*Please call in 5 minutes prior to start of hearing.\*\*

1. Toll free number:  888-808-6929

2. Access code: 9923187

3. Participant Security Code: 121720

If there are questions regarding the telephonic appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

       The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled hearing, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to address them before they speak.

       SIGNED this 2nd day of December, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE