IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILL BRADSHAW, | § § | |
| *Plaintiff,* | § § | SA-20-CV-01168-FB |
| vs. | § § | |
| JOSEPH SALVAGGIO, KELLY KUENSTLER, CATHERINE RODRIGUEZ, DONNA CHARLES, MONICA ALCOCER, | § § § § § | |
| *Defendants.* | § § | |

## ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION

On April 30, 2021, the Court held a status conference to address whether the claims in the case had been mooted by recent developments, including but not limited to recent election results. The parties identified the outstanding issues and requested a Court-led mediation to resolve them. The Court grants the parties' oral motion and **REFERS** the case to the Honorable Richard B. Farrer for mediation to take place within the next 60 days.

SIGNED this 30th day of April, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE