IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILL BRADSHAW<br><br>Plaintiff,<br><br>VS.<br><br>JOSEPH SALVAGGIO;<br>KELLY KUENSTLER;<br>CATHERINE RODRIGUEZ;<br>DONNA CHARLES;<br>MONICA ALCOCER.<br><br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:20-CV-01168-FB-ESC |

**STIPULATION OF DISMISSAL**

**ON THIS DAY,** came on to be heard the parties' Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court, after considering the Stipulation, the pleadings, the record, the argument of counsel and the agreement of the parties, is of the opinion that the Stipulation of Dismissal with Prejudice should be **GRANTED**.

**IT IS THEREFORE ORDERED AND DECREED** that:

1. This case be **DISMISSED WITH PREJUDICE** and
2. All parties will bear their own court costs.

**SIGNED** this __________ day of ________________, 2021.

______________________________________
FRED BIERY
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

**VEN JOHNSON LAW, PLC**
535 Griswold St., Suite 2632
Detroit, MI 48226
(313) 324-8300
Email: sradner@venjohnsonlaw.com

BY: */s/ Solomon M. Radner*
Solomon M. Radner
Michigan Bar No. P73653

ATTORNEYS FOR PLAINTIFF WILL BRADSHAW

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csfrigeriolaw@sbcglobal.net
frigeriolaw1995@sbcglobal.net

BY: */s/ Charles S. Frigerio*
CHARLES S. FRIGERIO
SBN: 07477500
ATTORNEYS FOR DEFENDANTS
**JOSEPH SALVAGGIO, KELLY KUENSTLER,**
**CATHERINE RODRIGUEZ, DONNA CHARLES AND MONICA ALCOCER**