IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILL BRADSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   CIVIL ACTION NO. SA-20-CA-1168-FB |
| | ) |
| JOSEPH SALVAGGIO; KELLY KUENSTLER; CATHERINE RODRIGUEZ; DONNA CHARLES; MONICA ALCOCER, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Stipulation of Dismissal (docket no. 45) filed by the parties on July 15, 2021. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed with prejudice, with all parties to bear their own court costs. Although a dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, the parties have requested an order from this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the Stipulation of Dismissal (docket no. 45) signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED WITH PREJUDICE, with all parties to bear their own court cost.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 16th day of July, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE